```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 27 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

   - v. -                          :     INDICTMENT

JOSEPH MELI, and                         19 CRIM 480
JAMES SINISCALCHI,

            Defendants.       :

- - - - - - - - - - - - - - - - - x

## COUNT ONE

**(Conspiracy to Commit Securities Fraud and Wire Fraud)**

The Grand Jury charges:

1. From at least in or about March 2017 up to and including at least in or about April 2018, in the Southern District of New York and elsewhere, JOSEPH MELI and JAMES SINISCALCHI, the defendants, and others known and unknown, willfully and knowingly, did combine, conspire, confederate and agree together and with each other to commit offenses against the United States, to wit, securities fraud, in violation of Title 15, United States Code, Sections 78j(b) & 78ff, and Title 17, Code of Federal Regulations, Section 240.10b-5; and wire fraud, in violation of Title 18, United States Code, Section 1343.

2. It was a part and object of the conspiracy that JOSEPH MELI and JAMES SINISCALCHI, the defendants, and others known and unknown, willfully and knowingly, directly and indirectly, by the

use of the means and instrumentalities of interstate commerce, and of the mails, and of facilities of national securities exchanges, would and did use and employ, in connection with the purchase and sale of securities, manipulative and deceptive devices and contrivances in violation of Title 17, Code of Federal Regulations, Section 240.10b-5 by: (a) employing devices, schemes and artifices to defraud; (b) making untrue statements of material fact and omitting to state material facts necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; and (c) engaging in acts, practices and courses of business which operated and would operate as a fraud and deceit upon persons, all in violation of Title 15, United States Code, Sections 78j(b) & 78ff, and Title 17, Code of Federal Regulations, Section 240.10b-5.

3.  It was a further part and an object of the conspiracy that JOSEPH MELI and JAMES SINISCALCHI, the defendants, and others known and unknown, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures

and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

Overt Acts

4. In furtherance of the conspiracy and to effect the illegal objects thereof, JOSEPH MELI and JAMES SINISCALCHI, the defendants, and their co-conspirators committed the following overt acts, among others, in the Southern District of New York and elsewhere:

    a. In or about February 2017, MELI arranged for a meeting between himself, his attorneys, and two individuals who later became the Chief Financial Officer and Chief Executive Officer of a ticket resale business ("Company-1"), to discuss the merits of the ticket resale industry and MELI's ability to act as an advisor to any ticket resale business established by two individuals who later become Company-1's Chief Financial Officer ("PARTNER-1") and Chief Executive Officer ("PARTNER-2").

    b. In or about June 2017, SINISCALCHI caused an entity that he controlled to enter into contracts to deliver, or to purchase with investor money, tickets to live events on behalf of Company-1, for the purpose of reselling those tickets for a profit, and distributing the profits amongst investors.

(Title 18, United States Code, Section 371.)

3

**COUNT TWO**

**(Securities Fraud)**

The Grand Jury further charges:

5. From at least in or about March 2017 up to and including at least in or about April 2018, in the Southern District of New York and elsewhere, JOSEPH MELI and JAMES SINISCALCHI, the defendants, willfully and knowingly, directly and indirectly, by the use of means and instrumentalities of interstate commerce, the mails and the facilities of national securities exchanges, in connection with the purchase and sale of securities, did use and employ manipulative and deceptive devices and contrivances, in violation of Title 17, Code of Federal Regulations, Section 240.10b-5, by (a) employing devices, schemes and artifices to defraud; (b) making untrue statements of material facts and omitting to state material facts necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; and (c) engaging in acts, practices and courses of business which operated and would operate as a fraud and deceit upon persons, to wit, MELI and SINISCALCHI defrauded Company-1 by falsely representing that they could procure, or had the ability to procure, tickets to theatrical events and concerts for resale on the secondary market, and in turn caused

representatives of Company-1 to make fraudulent representations to investors regarding the same, and subsequently misappropriated investor funds for their own personal use.

(Title 15, United States Code, Sections 78j(b) & 78ff;
Title 17, Code of Federal Regulations, Section 240.10b-5; and
Title 18, United States Code, Section 2.)

## COUNT THREE

### (Wire Fraud)

The Grand Jury further charges:

6. From at least in or about March 2017, up to and including in or about April 2018, in the Southern District of New York and elsewhere, JOSEPH MELI and JAMES SINISCALCHI, the defendants, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, and attempting to do so, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, MELI and SINISCALCHI defrauded Company-1 by falsely representing that they could procure, or had the ability to procure, tickets to theatrical events and concerts for resale on the secondary market, and in turn caused representatives of Company-1 to make fraudulent

5

representations to investors regarding the same, and subsequently misappropriated investor funds for their own personal use.

(Title 18, United States Code, Sections 1343 and 2.)

## FORFEITURE ALLEGATION

7. As a result of committing the offenses alleged in Counts One through Three of this Indictment, JOSEPH MELI and JAMES SINISCALCHI, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Asset Provision

8. If any of the above described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

6

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981,
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSEPH MELI and
JAMES SINISCALCHI,

        Defendants.

### INDICTMENT

19 Cr. \_\_\_ (\_\_\_)

(Title 18, United States Code, Sections 371, 1343 & 2; Title 15, United States Code, Sections 78j(b) & 78ff; and Title 17, Code of Federal Regulations, Section 240.10b-5).

GEOFFREY S. BERMAN
United States Attorney.

**A TRUE BILL**

Foreperson.

*[signature]*

- TRUE BILL & INDICTMENT
- MAG. JUDGE ~~ROBERT~~ W. LEHRBURGER
  6/27/19
- Wheel "A" - to DJ - ABRAMS

8