September 18, 2019

Hon. Jesse M. Furman
United States District Judge
40 Foley Square
New York, NY 10007

>Re: Securities and Exchange Commisison v. Siniscalchi, 19-cv-03792
>Request to Stay Case Pending Resolution of the Parallel Criminal Case

Your Honor:

I write this letter to respectfully request that you stay the above captioned case until the resolution of the parallel criminal case wherein I am the defendant, USA v. Meli et al, 19-cr-00480. That case is in this district and before Judge Ronnie Abrams. That case is directly related to the SEC's action, and as such it would be near impossible for me to mount an effective defense at this time without compromising my criminal defense. I ask that this civil action be stayed until after the resolution of the criminal complaint, if the SEC, based on the outcome of that criminal complaint chooses to proceed with their civil action.

When I asked the SEC through email if they would consent to this request for a stay, they indicated that I may include the following: "The SEC advised that it would assent to my motion to stay this case pending the disposition of the parallel criminal case in which I am a defendant because of my financial condition, including the fact that I am currently proceeding in this case pro se."

This is my first request for a stay of the action.

Respectfully,

James J. Siniscalchi
18 Cornelia Street Apartment 16
New York, New York 10014

Application GRANTED. This case is hereby STAYED pending resolution of the criminal proceeding. No later than **two weeks** after judgment is entered in the criminal proceeding, the parties shall submit a joint letter proposing next steps for this case.

September 20, 2019

2019 SEP 18 PM 2:48
SDNY PRO SE OFFICE
RECEIVED