AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cr-480 (RA) |
| James Siniscalchi | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Siniscalchi

Date: 04/24/2020

*Diane Ferrone*
*Attorney's signature*

Diane Ferrone (DF-8023)
*Printed name and bar number*

1740 Broadway
15th Fl.
New York, NY 10019

*Address*

diane@dianeferronelaw.com
*E-mail address*

(646) 337-9010
*Telephone number*

(212) 401-0206
*FAX number*