

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

August 10, 2020

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. James Siniscalchi**
19-cr-480 (RA)

Dear Judge Abrams:

    The undersigned represents James Siniscalchi in the above captioned matter. I write, with no objection from the Government or Pre-Trial Services, to respectfully request a modification to Mr. Siniscalchi's bail conditions.

    Mr. Siniscalchi is currently out on bail secured by a $150,000 personal recognizance bond co-signed by two financially responsible persons and $20,000. His travel is limited to the SDNY/EDNY and WDNY.

    I respectfully request that Mr. Siniscalchi's bond be modified to include the NDNY as well as the District of Connecticut. Mr. Siniscalchi has family in those regions. As noted, neither the Government nor pre-trial services have any objection to this request.

      Should Your Honor require anything further on this issue I am available at the Court's convenience to discuss the matter.

                                          Respectfully,

                                          MORVILLO PLLC

                                          BY: _____/s/_____

                                                Gregory Morvillo

cc: AUSA Sarah Mortazavi (via ECF)
Dominique Jackson, Pre-Trial Services Officer