

Gregory Morvillo<br>
(646) 831-1531<br>
GM@MorvilloPLLC.com<br>
www.MorvilloPLLC.com

November 9, 2021

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 10, 2021

Re: **United States v. James Siniscalchi**
**19-cr-480 (RA)**

Dear Judge Abrams:

    I am counsel to James Siniscalchi. I am writing to respectfully request that the Court so order the instant letter and exonerate Mr. Siniscalchi's personal recognizance bond and all property or cash posted as security.

    On September 24, 2021, the Court sentenced Mr. Siniscalchi to three years of probation. When Mr. Siniscalchi was arraigned, he was released on a $150,00 personal recognizance bond secured by $20,000 cash or property. $20,000 cash was posted by his parents.

    Accordingly, since Mr. Siniscalchi's criminal case is now closed, we respectfully request that the Court exonerate the personal recognizance bond and the cash posted as security.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/

Gregory Morvillo

cc: All Parties (via ECF)