

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

January 3, 2023

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 3, 2023

Re: **United States v. James Siniscalchi**
**19-cr-480 (RA)**

Dear Judge Abrams:

    I am counsel to James Siniscalchi. I am writing to respectfully request that the Court order the return of Mr. Siniscalchi's passport, which was surrendered as part of his pre-trial release.

    On September 24, 2021, the Court sentenced Mr. Siniscalchi to three years of probation.

    Accordingly, since Mr. Siniscalchi's criminal case is now closed, we respectfully request that the Court order return of his passport.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/

Gregory Morvillo

cc: All Parties (via ECF)